**REESE LLP**
George V. Granade (State Bar No. 316050)
ggranade@reesellp.com
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

**REESE LLP**
Michael R. Reese (State Bar No. 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**CROSNER LEGAL, P.C.**
Craig W. Straub (State Bar No. 249032)
craig@crosnerlegal.com
Zachary M. Crosner (State Bar No. 272295)
zach@crosnerlegal.com
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Telephone: (866) 276-7637
Facsimile: (310) 510-6429

*Counsel for Plaintiff Valerie Perkins and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE PERKINS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No. 3:25-cv-00035-JO-VET<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Valerie Perkins hereby dismisses this action without prejudice.

Date: January 22, 2025

**REESE LLP**

By: */s/ George V. Granade*
George V. Granade (State Bar No. 316050)
ggranade@reesellp.com
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

**REESE LLP**
Michael R. Reese (State Bar No. 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**CROSNER LEGAL, P.C.**
Craig W. Straub
*craig@crosnerlegal.com*
Zachary M. Crosner
*zach@crosnerlegal.com*
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Telephone: (866) 276-7637
Facsimile: (310) 510-6429

*Counsel for Plaintiff Valerie Perkins and the Proposed Class*